IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRAIN J. SPIELMAN                                                                                              PLAINTIFF

v.                                            CASE NO. 06-5063

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                          DEFENDANT

## O R D E R

On this 18th day of January, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs (Doc. #17-4) pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b).  For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on December 18, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2619.04.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE